IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 04-20469-B |
| MECHELLE CRAWFORD, | * | |
| Defendant. | * | |

## ORDER GRANTING DEFENDANT'S MOTION
## TO CONTINUE SENTENCING DATE

For good cause shown, the Court hereby **GRANTS** the defendant's motion to continue the sentencing date.

The sentencing hearing is hereby **RESET** for the 6th of October 2005, at 9:00 a.m.

It is so **ORDERED**, this the 3rd day of Oct 2005.

_____
Honorable J. Daniel Breen
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-4-05

63

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:04-CR-20469 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT